

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*frances.bajada@usdoj.gov*

main:  (973) 645-2700
direct: (973) 297-2038

August 7, 2026

Via ECF
Honorable Evelyn Padin, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> **Re:  *Doukoure v. Benzel, et al.*, Civil No. 26-08574 (EP)**
>      **Request for Extension of Deadline by Consent**

Dear Judge Padin:

This Office represents Respondents in the above habeas matter filed by Petitioner Nongoa Saran Doukoure, a noncitizen challenging the legality of her immigration detention. By August 3, 2026 Text Order, the Court ordered supplemental briefing to address:

> whether (1) there are changed circumstances concerning the foreseeability of Petitioner's removal to Ghana or Petitioner's opportunity to assert fear of removal to Ghana or onward transfer from Ghana; (2) the legality of third-country removal to Ghana can be meaningfully reviewed through a motion to reopen and a petition for review, including whether an immigration judge or the Board of Immigration Appeals has authority to adjudicate DHS's compliance with § 1231(b)(2); (3) Section 1231(b)(2) creates an individual procedural entitlement enforceable under the Due Process Clause and, if so, what process was required and what process did Petitioner receive; and (4) an alleged violation of § 1231(b)(2) renders Petitioner's detention unlawful independently of any challenge to the execution of her removal order.

ECF 9. This Office respectfully requests an extension of the deadline for supplemental briefing from August 10, 2026 to August 18, 2026. This is the first extension request.

This Office seeks an extension because we need to coordinate with the Department of Justice's Office of Immigration Litigation regarding the supplemental briefing ordered, and the undersigned will be on a preplanned vacation through August 14, 2026. On behalf of Petitioner, Alina Park, Esq. consents to extend Respondents' deadline to August 18, 2026.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/Frances Bajada*
FRANCES BAJADA
Assistant United States Attorney
*Attorneys for Respondents*

cc:   Counsel of record (via ECF)

**So Ordered**          **s/ Evelyn Padin, U.S.D.J.**
**August 11, 2026**

2